UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILLIAM LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Counterclaimant,<br><br>v.<br><br>WILLIAM LEWIS,<br><br>    Counterdefendant. | Case No. CV 11-7264 CAS (SSx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: July 3, 2012

                                                *Christine A. Snyder*
                                                UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4850-9451-4447 v1      - 1 -      CASE NO.: CV11-7264 CAS (SSx)
(PROPOSED) ORDER RE STIP. FOR DISM W/PREJ. OF ENTIRE ACTION AGAINST ALL PARTIES